IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAMONT HAGAN,** | : CIVIL ACTION NO. 1:19-CV-2120 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **BERNADETTE MASON, STETLER, BANTA, MILLER, GROHOWSKI, CONTRERAS, KLICK, HUBER,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 30th day of September, 2021, upon consideration of plaintiff's motion (Doc. 26) for partial summary judgment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 26) is DENIED.

2. On or before November 1, 2021, the parties shall NOTIFY the court of whether they are amenable to mediation.

3. On or before November 1, 2021, the parties shall NOTIFY the court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. See 28 U.S.C. § 636(c).

4. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania